Ardis W. SMALLS, Plaintiff–Appellant,

v.

SOUTH CAROLINA ELECTRIC & GAS COMPANY; Robert A. Barton; Stephen A. Byrne; Gregory H. Halnon; April R. Rice, Defendants–Appellees.

No. 02–1874.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 4, 2002.

Decided Jan. 16, 2003.

Ardis W. Smalls, Appellant Pro Se.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ardis W. Smalls appeals the district court's order accepting the recommendation of the magistrate judge and summarily dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Smalls v. South Carolina Electric & Gas Co.*, No. CA–02–1627–25–BD (D.S.C. filed July 15, 2002; entered July 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*